UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.
_____/

Case No.: 10-20005
JUDGE: **NANCY G. EDMUNDS**

FILED
FEB 0 4 2010
CLERK'S OFFICE
DETROIT

### STIPULATION AND ORDER TO SCHEDULE PRETRIAL CONFERENCE AND FINDING OF EXCLUDABLE DELAY

**UPON THE STATEMENT** of counsel for the Government and counsel for Defendant ABDULMUTALLAB, that due to the factual and legal complexity of the case, additional time is needed to permit the government to review, organize and provide the discovery materials to counsel for Defendant; and

**UPON THE FURTHER STATEMENT** that following receipt of the substantial and complex discovery materials, counsel for Defendant need adequate time to review the materials and consult with Defendant, and

**THE PARTIES HEREBY STIPULATE** to schedule the Pretrial Conference for April 13, 2010 at 2:00 p.m.

**THE PARTIES FURTHER STIPULATE** that the necessity for this adjournment is agreed to by all the parties, that the interest of both the public and the defendant in obtaining a speedy trial is outweighed by the need to insure adequate time to properly review and act upon the extensive discovery materials thereby protecting Defendant's right to due process, fair trial and effective assistance of counsel, and that the period from

Page -1-

December 26, 2009 through April 13, 2010, would be excludable delay for purposes of calculation of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A)

Dated: 02-02-2010

_____
Defendant Umar Farouk Abdulmutallab

/s/ Jonathan Tukel w/consent
JONATHAN TUKEL
Assistant U.S. Attorney
U. S. ATTORNEYS OFFICE
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9749
E-mail: Jonathan.Tukel@usdoj.gov

/s/ Miriam L. Siefer
MIRIAM L. SIEFER
Attorney for Defendant Abdulmutallab
FEDERAL DEFENDER OFFICE
Legal Aid & Defender Association, Inc.
613 Abbott Street, Fifth Floor
Detroit, MI 48226
Phone: (313) 967-5838
E-mail: Miriam_Siefer@fd.org

/s/ Cathleen M. Corken w/consent
CATHLEEN M. CORKEN
Assistant U.S. Attorney
U. S. ATTORNEYS OFFICE
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9749
E-mail: Cathleen.Corken@usdoj.gov

/s/ Jill Leslie Price
JILL LESLIE PRICE
Attorney for Defendant Abdulmutallab
FEDERAL DEFENDER OFFICE
Legal Aid & Defender Association, Inc.
613 Abbott Street, Fifth Floor
Detroit, MI 48226
Phone: (313) 967-5838
E-mail: jill_price@fd.org

/s/ Michael C. Martin w/consent
MICHAEL C. MARTIN
Assistant U.S. Attorney
U. S. ATTORNEYS OFFICE
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9670
E-mail: Michael.C.Martin@usdoj.gov

/s/ Leroy T. Soles
LEROY T. SOLES
Attorney for Defendant Abdulmutallab
FEDERAL DEFENDER OFFICE
Legal Aid & Defender Association, Inc.
613 Abbott Street, Fifth Floor
Detroit, MI 48226
Phone: (313) 967-5866
Leroy_Soles@fd.org

Dated: 2/02/2010

**IT IS HEREBY THE ORDER OF THE COURT** that the Pretrial Conference is scheduled for April 13, 2010 at 2:00 p.m.

**IT IS THE FINDING OF THE COURT** that the scheduling is agreed to by all the parties, that the case involves unusually extensive and complex legal issues, and that as such, the interest of both the public and the defendant in obtaining a speedy trial is outweighed by the need to insure adequate time to properly review and act upon the extensive discovery materials thereby protecting Defendant's right to due process, fair trial and effective assistance of counsel, and that the period from December 26, 2009 through April 13, 2010, would be excludable delay for purposes of calculation of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: 2-4-10

*Nancy G. Edmunds*
HONORABLE NANCY G. EDMUNDS
United States District Judge

Page -3-