UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

UMAR FAROUK ABDUMUTALLAB,

    Defendant(s).
    _____/

Case No. 10-20005

Honorable Nancy G. Edmunds

**ORDER DENYING AS MOOT NONPARTY MOTION FOR LEAVE TO ENTER APPEARANCE TO OBSERVE PRETRIAL AND TRIAL PROCEEDINGS [14]**

    This matter comes before the Court on a nonparty motion seeking leave to enter an appearance to observe pretrial and trial proceedings. The motion is DENIED as moot because: (1) the docketed pretrial and trial court proceedings in this matter are open proceedings; (2) the docket is a matter of public record and can be accessed by the public; and (3) the nonparty submitted a proposed order which requested to withdraw its motion.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  June 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 22, 2010, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager