## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

                              Case No.: 10-20005
                              JUDGE: **NANCY G. EDMUNDS**

UMAR FAROUK ABDULMUTALLAB,

      Defendant.

_____/

## STIPULATION AND ORDER TO SCHEDULE
## PRETRIAL CONFERENCE AND FINDING OF EXCLUDABLE DELAY

**UPON THE STATEMENT** of counsel for the Government, counsel for Defendant and Defendant ABDULMUTALLAB, that due to the factual and legal complexity of the case, additional time is needed to permit the government to complete the discovery disclosure process; and

**UPON THE FURTHER STATEMENT** that following receipt of the substantial and complex discovery materials, counsel for Defendant and the Defendant need adequate time to review the materials, consult regarding those materials and the legal issues implicated therein, and prepare any appropriate pleadings; and

**THE PARTIES HEREBY STIPULATE** to schedule a Pretrial Status Conference for September 13, 2010 at 2:00 p.m.; and

**THE PARTIES FURTHER STIPULATE** that the necessity for this adjournment is agreed to by all the parties, that the interest of both the public and the defendant in obtaining a speedy trial is outweighed by the need to insure adequate time to properly review and act upon the extensive discovery materials thereby protecting Defendant's right

to due process, fair trial and effective assistance of counsel, and that the period from September 10, 2010, through September 13, 2010, would be excludable delay for purposes of calculation of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A)

Dated: 7/21/10

_____
Defendant Umar Farouk Abdulmutallab


/s/ Jonathan Tukel w/consent
JONATHAN TUKEL
Assistant U.S. Attorney
U. S. ATTORNEYS OFFICE
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9749
E-mail: Jonathan.Tukel@usdoj.gov


/s/ Cathleen M. Corken w/consent
CATHLEEN M. CORKEN
Assistant U.S. Attorney
U. S. ATTORNEYS OFFICE
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9749
E-mail: Cathleen.Corken@usdoj.gov


/s/ Michael C. Martin w/consent
MICHAEL C. MARTIN
Assistant U.S. Attorney
U. S. ATTORNEYS OFFICE
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9670
E-mail: Michael.C.Martin@usdoj.gov


/s/ Miriam L. Siefer
MIRIAM L. SIEFER
Attorney for Defendant Abdulmutallab
FEDERAL DEFENDER OFFICE
Legal Aid & Defender Association, Inc.
613 Abbott Street, Fifth Floor
Detroit, MI 48226
Phone: (313) 967-5838
E-mail: Miriam_Siefer@fd.org


/s/ Jill Leslie Price
JILL LESLIE PRICE
Attorney for Defendant Abdulmutallab
FEDERAL DEFENDER OFFICE
Legal Aid & Defender Association, Inc.
613 Abbott Street, Fifth Floor
Detroit, MI 48226
Phone: (313) 967-5838
E-mail: jill_price@fd.org


/s/ Leroy T. Soles
LEROY T. SOLES
Attorney for Defendant Abdulmutallab
FEDERAL DEFENDER OFFICE
Legal Aid & Defender Association, Inc.
613 Abbott Street, Fifth Floor
Detroit, MI 48226
Phone: (313) 967-5866
Leroy_Soles@fd.org


Dated: _____

**IT IS HEREBY THE ORDER OF THE COURT** that a Pretrial Status Conference be scheduled for September 13, 2010 at 2:00 p.m.

**IT IS THE FINDING OF THE COURT** that the scheduling is agreed to by all the parties, that the case involves unusually extensive and complex legal issues, and that as such, the interest of both the public and the defendant in obtaining a speedy trial is outweighed by the need to insure adequate time to properly review and act upon the extensive discovery materials thereby protecting Defendant's right to due process, fair trial and effective assistance of counsel, and that the period from September 10, 2010, through September 13, 2010, would be excludable delay for purposes of calculation of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: 7/26/2010          _Nancy Edmunds_

HONORABLE NANCY G. EDMUNDS
United States District Judge