UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.
    _____/

Case No. 10-20005

Honorable Nancy G. Edmunds

**STANDING ORDER FOR MEDIA**

This matter is ready for trial, and the Court will soon begin the process of selecting a jury. With that in mind, IT IS HEREBY ORDERED that no member of the media is to have any contact with any prospective or selected juror in this matter.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated:  August 17, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 17, 2011, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager