UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.
    _____/

Case No. 10-20005

Honorable Nancy G. Edmunds

**ORDER GRANTING DEFENDANT'S MOTION FOR INDIVIDUAL VOIR DIRE EXAMINATION [58]**

At a hearing held on August 17, 2011, this matter came before the Court on Defendant's motion for individual voir dire examination. Being fully advised in the premises, having read the pleadings, and for the reasons set forth on the record at the August 17, 2011 hearing, Defendant's motion is GRANTED. First, each individual potential juror will be questioned by Judge Edmunds. Then, Defendant and the government will each have six minutes to ask additional questions.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: August 19, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 19, 2011, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager