1 of 2
Abdulmutallab
Vs
United States

Judge Edmonds
10-20005

Motion for no use of Excessive Force on Defendant Abdulmutallab

**FILED**
AUG 25 2011
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

On the 24th of August 2011, between the hours of 5:00 am to 10:00 am, in the Holy month of Ramadan, Defendant Abdulmutallab, in Defense of Muhammad (Peace be Upon Him) [the Messenger of Allah to Mankind who is being defamed and abused by the United States of America] assaulted several officers from his cell.

As a result, Excessive Force was used to restrain Defendant Abdulmutallab who was already in a closed cell on his own.

The Defendant moves the court to order that no Excessive Force be used on Defendant Abdulmutallab in justly defending Muhammad (PBUH) and his Religion.

[The United States legally allows the defamation of Muhammad (PBUH), and by allowing so it is defaming and Abusing Him ⁊ PBUH

_____
Umar Abdulmutallab