Motion For Detention Hearing

Abdulmutallab           Judge Edmunds

Vs                      10-20005

United States

**FILED**

AUG 25 2011

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

The Defendant Abdulmutallab, is a Muslim who believes in Allah and His messenger Muhammad [Peace be Upon Him], and believes that all Muslims should only be ruled by the law of the Quran.

The Defendant is being unjustly detained in the United States of America, and subjected to the Rule of Man.

The Defendant Abdulmutallab moves the Court to order his release, and that the Defendant only be judged and ruled by the law of the Quran.

*[signature]*

Umar Abdulmutallab