UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.
_____/

Case No. 10-20005

Honorable Nancy G. Edmunds

**ORDER ADDRESSING DEFENDANT'S MOTIONS**
**[56, 78, 79, and 59]**

This matter came before the Court at a hearing held on September 14, 2011. Being fully advised in the premises, having read the pleadings, and for the reasons stated on the record, the Court hereby ORDERS that:

    1. Defendant's unopposed motion for government identification, retention and production of all physical evidence [sealed/filed 8/26/11] is GRANTED;

    2. Defendant's motion for disclosure of Grand Jury transcripts and exhibits [56] is DENIED; and

    3. Defendant's motion for detention hearing [79] is DENIED;

    4. Defendant's motion for "no use of excessive force" [78] is DENIED AS MOOT; and

    5. Defendant's motion to suppress statements made to government agents at the Milan Correctional Facility [59] is DENIED AS MOOT.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  September 14, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 14, 2011, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager