Defendant Abdulmutallab would not like any witnesses to testify on behalf of the government during the hearing scheduled on the 27th September 2011, nor the videos that the government wish to admit into evidence.

If after the hearing on the 27th of September the Court decides the videos, Inspire magazine articles and the expert witness can testify during trial, then the government can show the videos and articles during the trial, and have the expert witness testify then.

Otherwise Defendant Abdulmutallab believes it is unfair that witnesses are allowed to testify before trial in open and public court like they did in the last hearing or evidence shown in open court before it is determined if it is admissable.

20-09-2011
Umar Abdulmutallab