UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.
_____/

NO. 10-20005

HON. NANCY G. EDMUNDS

*UNDER SEAL*

## SECOND CIPA PROTECTIVE ORDER

The United States of America filed a second *in camera*, *ex parte* motion pursuant to Federal Rule of Criminal Procedure 16(d)(1) and the Classified Information Procedures Act ("CIPA"), 18 United States Code, App. 3 § 4, for a protective order precluding discovery of certain classified information. The government's motion was accompanied by exhibits and a declaration of a government official detailing the harm to national security that could reasonably be expected to result from disclosure of the classified information at issue.

On 9/26, 2011, the Court reviewed *in camera* and *ex parte* the government's motion, exhibits and declaration.

For the reasons described in the government's motion and declaration, the

Court **GRANTS** the government's motion for protective order and **ORDERS** that the government is not required to provide to the defense the classified information that the government identified in its motion and sought to preclude from discovery.

**IT IS SO ORDERED.**

Nancy G. Edmunds
United States District Judge

Dated: 9-26-2011