UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.
    _____/

Case No. 10-20005

Honorable Nancy G. Edmunds

**ORDER ADDRESSING DEFENDANT'S MOTIONS**
**[106, 107, 108]**

This matter came before the Court at a hearing held on October 6, 2011. Being fully advised in the premises, having read the pleadings, and for the reasons stated on the record, the Court hereby ORDERS that:

    1. Defendant's motion requesting additional peremptory challenges [107] is GRANTED;

    2. Defendant's motion to strike juror number 144 for cause [106] is DENIED; and

    3. Defendant's motion to strike juror number 222 for cause [108] is GRANTED, pursuant to dismissal of juror number 321 following exercise of all peremptory challenges.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: October 11, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 11, 2011, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager