UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.
    _____/

Case No. 10-20005

Honorable Nancy G. Edmunds

**ORDER ADDRESSING GOVERNMENT'S AND DEFENDANT'S MOTIONS
[109, 110, 111]**

This matter came before the Court at a hearing held on October 11, 2011. Being fully advised in the premises, having read the pleadings, and for the reasons stated on the record, the Court hereby ORDERS that:

1. Defendant's motion *in limine* to preclude the government from using the term "bomb" or "explosive device" when referencing the alleged device Defendant had on his person the day in question [110] is DENIED;

2. Defendant's motion *in limine* to exclude photographs of Defendant's burned genitals [111] is DENIED; and

3. The government's motion to exclude fact witnesses and to permit attendance of an expert witness [109] is GRANTED IN PART and DENIED IN PART. The government's request to exclude fact witness Kurt Haskell is GRANTED; and DENIED as to his wife Lori Haskell who is not a fact witness and promised the Court that she would not communicate in any way with her husband Kurt Haskell regarding the Court proceedings she observes

in this matter. The government's request to allow its expert witness on the concept and practice of martyrdom is DENIED WITHOUT PREJUDICE for the reasons stated on the record.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: October 11, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 11, 2011, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager