UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff(s),

v.            Case No. 2:10−cr−20005−NGE−DAS
            Hon. Nancy G. Edmunds

Umar Farouk Abdulmutallab,

      Defendant(s).

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: **Umar Farouk Abdulmutallab**

The defendant(s) shall appear before the Honorable Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  1/19/12 at 02:00 PM

### Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

            By: s/ C. Hemeyer
              Case Manager

Dated:   November 15, 2011