1 of 2

Motion for New Stand-By Counsel

12-12-2011

Dear Hon. Nancy G Edmunds

**FILED**
**DEC 19 2011**
**CLERK'S OFFICE**
**DETROIT**

I do not want Mr Chambers and his associates to continue serving as my stand by counsel. Our relationship is strained to say the least. They treat me with contempt, especially away from the eyes of the Court. They do not wish to visit me or provide me with legal documents I want to review, especially if in their opinion, they think it would not help me "legally" or with my life or case.

I did mention in court I wasn't totally pleased with them, for they regularly lie to me, and in one occasion they even walked out of a legal visit we had in Milan just because they didn't like that I was telling them the issues I had with them. I was going to tell this to the court, but as the case was coming close to trial I didn't want the inconvenience of having a different stand-by counsel, and since that day the they walked out, Mr Chambers has not visited me in Milan. I let it go however because his other associates were coming weekly before the trial and bringing me some of the documents I wanted to see.

However even the associates started treating me with contempt and regularly lying to me, in particular — Alan Crawford and Stefan Johnson. It was Alan Crawford who told me if I wanted to do a Competence Exam to show I was capable

of proceeding pro se, then I would have to allow him to "make it up". I asked him how and what it meant. He said like saying things like "he has noticed me drifting in and out of characters" and things like that. When he said that, I said in that case don't file the motion for a Competency Exam. Next few days, I went to court and they filed it, with deliberate exaggerations and straight out lies in order to make it sound I was incompetent, and they would then be appointed as counsel of record.

They regularly lie to me with regards to what they have sent to me by mail, when they could visit, what they will bring and so on.

On the 8th of November 2011, Alan Crawford visited me. I was already very frustrated by then and didn't go for the visit. So he then mailed lying to me about stuff he had for me. So I called them on the phone to tell them I want a visit. They came and they didn't have all the stuff they said they had, and stuff I told them to bring. I gave them till a week to bring it and sure enough they didn't even come nor let me know as we agreed beforehand if they weren't coming.

Mr Chambers on the last day of trial said he was going to bring me some documents before I leave court. It passed the time he said, and I had to go back to Milan. He also said he would visit in a few days. It has been two months and I haven't even seen him.

12-12-2011

I do not want to discuss everything in full detail because my mail is "reviewed" before it reaches you.

I have given them many chances to make up and they continue with the same stuff. I would like to have another stand-by Counsel, someone who has the time to visit atleast once a week to answer any legal queries I have, or bring in, legal documents or file documents with the Court. I do not care for a High profile Attorney. I do not intend to have any new attorney have access to my Discovery material and things like that. I just want someone I can discuss my options with before and after sentencing. I do not want to even do this with Mr Chambers or his associates.

Of course the Court chooses the stand-by counsel they see fit. I would like to recommend for the Court's consideration, a Muslim male attorney, in particular an individual I met though the Federal Defender Office by the name of Elsayed Mostafa if he is also willing to be my stand-by Counsel. I find there is more understanding when the person is of the same religion.

Sincerely,

Umar Farouk

Umar Abdulmutallab
NAME

44107-039
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

United States District Court
Eastern District of Michigan
Nancy G. Edmunds, District Judge
U.S. Courthouse
231 West Lafayette Boulevard
Detroit, Michigan 48226

48226277402