**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                           CRIMINAL NO. 2:10-CR-20005

         Plaintiff,            HONORABLE NANCY G. EDMUNDS

v.

D-1, UMAR FAROUK ABDULMUTALLAB,

         Defendant.
_____/

**STANDBY COUNSEL'S RESPONSE TO**
**DEFENDANT'S MOTION FOR NEW STANDBY COUNSEL**

NOW COMES standby/advisory counsel, ANTHONY T. CHAMBERS, for Defendant

UMAR FAROUK ABDULMUTALLAB ("Defendant ABDULMUTALLAB"), and responds to

Defendant ABDULMUTALLAB's Motion for New Standby Counsel.

In support of said Response, standby counsel further states as follows:

1.  That at no time did standby counsel or his associates lie or mislead Defendant

    ABDULMUTALLAB in any way.

2.  That standby counsel or his associates did in fact confer with Defendant

    ABDULMUTALLAB as necessary. Additionally, standby counsel or associates visited

    or attempted to visit even during times when there were no pending legal issues.

3.  That while the Court is not required to appoint standby counsel, it is customary in this

    district to appoint standby counsel for defendants who choose to represent themselves.

4.  That while the Court is not required to appoint standby counsel, it is imperative and

    appropriate to have standby counsel in this case, considering the complexity of the legal

issues, and the fact that Defendant ABDULMUTALLAB has a minimal understanding of the American legal system.

5.  That Defendant ABDULMUTALLAB is not entitled to standby counsel of his choice.

6.  That standby counsel provided Defendant ABDULMUTALLAB with all documents that were legally relevant to his case.

7.  That the documents that Defendant ABDULMUTALLAB recently requested will not serve the purpose of advancing the case.

8.  That Defendant ABDULMUTALLAB'S current standby counsel has gone above and beyond the call of duty to help defend this case.

9.  That standby counsel will continue to assist Defendant ABDULMUTALLAB with legal issues.

10. That standby counsel received the Presentence Report on January 4, 2012, and intends to assist Defendant ABDULMUTALLAB with filing objections if he desires, before his sentencing.

WHEREFORE, standby counsel requests that this Court deny Defendant ABDULMUTALLAB's request for new standby counsel, and order that his current standby counsel remain on the case until the date of sentencing.

Respectfully Submitted,

/s/Anthony T. Chambers
Anthony T. Chambers (P38177)
535 Griswold, Suite 1330
Detroit, Michigan 48226
(313) 964-5557
(313) 964-4801 Fax
achamberslaw@gmail.com

Dated: January 6, 2012

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                                        CRIMINAL NO. 2:10-CR-20005
                Plaintiff,              HONORABLE NANCY G. EDMUNDS

v.

D-1, UMAR FAROUK ABDULMUTALLAB,

                Defendant.
_____/

## BRIEF IN SUPPORT OF STANDBY COUNSEL'S RESPONSE TO DEFENDANT'S MOTION FOR NEW STANDBY COUNSEL

Defendant UMAR FAROUK ABDULMUTALLAB ("Defendant

ABDULMUTALLAB") filed a motion requesting the Court to appoint new standby counsel.

Defendant ABDULMUTALLAB states new standby counsel is necessary because his current

standby counsel lies to him, does not visit him, and does not bring him documents he requests.

Defendant ABDULMUTALLAB asks the Court to appoint a Muslim male attorney.

At no time did standby counsel or his associates lie or mislead Defendant

ABDULMUTALLAB.  In addition, standby counsel or his associates did in fact confer with

Defendant and visited or attempted to visit him even during times when there were no pending

legal issues.  Finally, standby counsel provided Defendant ABDULMUTALLAB with all

documents that were legally relevant to his case.  The documents that Defendant

ABDULMUTALLAB recently requested will not serve the purpose of advancing the case.

While the Court is not required to appoint standby counsel, it is customary in this district

to appoint standby counsel for defendants who choose to represent themselves.  It is imperative

and appropriate to have standby counsel in this case, considering the complexity of the legal

issues, and the fact that Defendant ABDULMUTALLAB has minimal understanding of the American legal system.

However, Defendant ABDULMUTALLAB is not entitled to standby counsel of his choice, and his current standby counsel has gone above and beyond the call of duty to help defend this case.  If ordered to remain on the case, standby counsel will continue to assist Defendant ABDULMUTALLAB with legal issues.

WHEREFORE, standby counsel requests that this Court deny Defendant ABDULMUTALLAB's request for new standby counsel, and order that his current standby counsel remain on the case until the date of sentencing.

Respectfully Submitted,

/s/Anthony T. Chambers
Anthony T. Chambers (P38177)
535 Griswold, Suite 1330
Detroit, Michigan 48226
(313) 964-5557
(313) 964-4801 Fax
achamberslaw@gmail.com

Dated: January 6, 2012

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                                     CRIMINAL NO. 2:10-CR-20005

        Plaintiff,          HONORABLE NANCY G. EDMUNDS

v.

D-1, UMAR FAROUK ABDULMUTALLAB,

        Defendant.
_____/

## CERTIFICATION

     I hereby certify that the foregoing papers were electronically filed this date, served electronically or by mail to the following:

**AUSA JONATHAN TUCKEL**
United States Attorneys Office
211 West Fort Street, Suite 2001
Detroit, MI 48226

**AUSA CATHLEEN CORKEN**
United States Attorneys Office
211 West Fort Street, Suite 2001
Detroit, MI 48226

**AUSA MICHAEL MARTIN**
United States Attorneys Office
211 West Fort Street, Suite 2001
Detroit, MI 48226

Date: January 6, 2012               By: s/ Anthony T. Chambers