UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.

    _____/

Case No. 10-20005

Honorable Nancy G. Edmunds

**ORDER DENYING DEFENDANT'S MOTION TO APPOINT NEW STAND-BY COUNSEL [122]**

    This matter came before the Court at a hearing held on January 6, 2012. Being fully advised in the premises, having read the pleadings, and for the reasons stated on the record, the Court hereby DENIES Defendant's motion to appoint new stand-by counsel. Moreover, this Court has conducted an ex-parte review of the list of materials that Defendant complains that stand-by counsel, Mr. Chambers, failed to provide to him and concludes that the requested materials have no legal significance or relevance to any matter presently before the Court.

    SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: January 6, 2012

2:10-cr-20005-NGE-DAS Doc # 126 Filed 01/06/12 Pg 2 of 2 Pg ID 1111

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 6, 2012, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager