UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,          CASE NO. 2:10-cr-20005

    Plaintiff,                              HONORABLE NANCY G. EDMUNDS

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.

## DEFENDANT-APPELLANT'S MOTION FOR ACCESS TO VOIRE DIRE TRANSCRIPTS

COMES NOW Defendant-Appellant Umar Farouk Abdulmutallab, by and through his undersigned Appellate Counsel, and moves this Honorable Court to permit the undersigned Appellate Counsel and Defendant-Appellant access to the voire dire transcripts that are under seal in this case. In support of this motion, Defendant-Appellant states that access to these transcripts is necessary for appeal purposes and the Court Reporter has informed the undersigned Appellate Counsel that a Court Order is necessary to access these transcripts. The undersigned Appellate Counsel has spoken with the Attorney for the United States and he has no opposition to this Motion.

WHEREFORE, Defendant-Appellant respectfully requests an Order permitting him and his Appellate Counsel access to the sealed voire dire transcripts.

DATED: December 11, 2012 /s/ Travis Rossman
Travis Rossman (KY Bar No. 92344)
430 Court Square
P.O. Box 209
Barbourville, KY 40906
Tel: 606.546.2242
Fax: 606.546.2035
E-mail: travisrossman@hotmail.com

*Attorney for Defendant-Appellant Umar Farouk Abdulmutallab*

## **CERTIFICATE OF SERVICE**

I, Travis Rossman, hereby certify that on December 11, 2012, I served the foregoing Motion as follows:

*Via E-mail*:

Clerk, United States District Court for the Eastern District of Michigan
attyhelp@mied.uscourts.gov

*Via First Class Mail and E-mail*:

Jonathan Tukel
Assistant U.S. Attorney,
Eastern District of Michigan
ATAC Coordinator
211 West Fort Street, Suite 2001
Detroit, MI 48226

jonathan.tukel@usdoj.gov

DATED:  December 11, 2012                /s/ Travis Rossman
                                         Travis Rossman (KY Bar No. 92344)