UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 10-20005

Honorable Nancy G. Edmunds

v.

D-1 UMAR FAROUK ABDULMUTALLAB,

    Defendant.
    _____/

**ORDER GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL VOIR DIRE TRANSCRIPTS [153]**

This matter comes before the Court on the government's unopposed motion to unseal voir dire transcripts because they are relevant to Defendant's appeal [153]. Being fully advised in the premises, and having read the pleadings, the government's motion is GRANTED.

    SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: April 29, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 29, 2013, by electronic and/or ordinary mail.

    s/Kim Grimes
    Acting in the absence of Carol Hemeyer,
    Case Manager to Judge Edmunds