UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 UMAR FAROUK ABDULMUTALLAB,

    Defendant.
    _____/

Case No. 10-20005

Honorable Nancy G. Edmunds

## AMENDED ORDER GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL VOIR DIRE TRANSCRIPTS [153] AND DEFENDANT'S MOTION FOR ACCESS TO VOIR DIRE TRANSCRIPTS [152]

    This matter comes before the Court on the government's unopposed motion to unseal voir dire transcripts because they are relevant to Defendant's appeal [153], and Defendant's motion for access to voir dire transcripts [152]. Being fully advised in the premises, and having read the pleadings, the government's motion is GRANTED for the limited purpose of allowing Defendant, Defendant's counsel, and the government to prepare arguments in connection with Defendant's pending appeal in the Sixth Circuit Court of Appeals.

    SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: April 30, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2013, by electronic and/or ordinary mail.

        s/Johnetta M. Curry-Williams
        Acting in the Absence of Carol Hemeyer